PEOPLE, *ex rel.* STATE HIGHWAY COMMISSIONER, *v.* MACOMB COUNTY DRAIN COMMISSIONER.

1. Drains — Injunction — Drainage Board — Apportionment of Costs—Jurisdiction—Fraud.

Bill to enjoin confirmation of tentative apportionment of costs of intracounty drains traversed by a State highway and to establish a limitation on apportionment based on drainage of highway was properly dismissed on motion of defendants, where bill is found not to contain well-pleaded allegations upon which the circuit court could have found that defendant statutory boards had so far exceeded their jurisdiction or had made tentative or final apportionments so grossly excessive as to constitute fraud in fact or law.

References for Points in Headnotes
[1] 17A Am Jur, Drains and Sewers § 60 *et seq.*
[2] 28 Am Jur, Injunctions § 299.

2. COSTS—DRAINS—APPORTIONMENT—INJUNCTION.

No costs are allowed on appeal from orders dismissing bills to enjoin tentative confirmation of apportionment of costs of intracounty drains traversed by a State highway and to establish a limitation on apportionment based on drainage from highway.

Appeal from Macomb; Deneweth, Jr. (George R.), J. Submitted March 7, 1963. (Calendar Nos. 77–80, Docket Nos. 49,862–49,865.) Decided April 5, 1963.

Bill by the People of the State of Michigan, and its Attorney General, on relation of John C. Mackie, State Highway Commissioner, against Thomas S. Welsh, Macomb County Drain Commissioner, and others, comprising the Macomb County Intracounty Drainage Board for the Eight and One-Half Mile Relief Drain, to determine illegal the tentative apportionment of costs of drain, to enjoin confirmation thereof, and to establish a limitation on apportionment based on drainage from highway.

Similar actions between same parties in respect to Stephens Relief Drain, Eleven and One-Half Mile Relief Drain, and Lake Boulevard Relief Drain.

Actions heard together in circuit and dismissed on motions. Plaintiffs appeal. Cases consolidated on appeal. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Louis J. Caruso* and *Florence N. Clement,* Assistant Attorneys General, for plaintiffs.

*John H. Yoe* (*Dickinson, Wright, McKean & Cudlip,* of counsel), for defendants.

PER CURIAM. These cases are companion to *In re Petition of Macomb County Drain Commissioner,* 369 Mich 641 decided this day.

The decisive question, by which the attorney general tests Macomb circuit orders granting motions to dismiss like bills of complaint, is stated by him as follows:

"Does equity have jurisdiction of suits by State of Michigan for injunctive and mandatory relief against chapter 20 drain code of 1956 drainage boards which, in apportioning costs of drains act contrary to chapter 20 of the drain code, exceed their jurisdiction, and make tentative apportionments so grossly excessive as to constitute fraud as a matter of law?"

Having examined the bills in the light of briefs submitted and arguments made, this Court finds therein no well-pleaded allegation or allegations upon strength of which the circuit court could have or now might find that the defendant statutory boards exceeded their jurisdiction or made tentative or final apportionments so grossly excessive as to constitute fraud in fact or law. The appealed orders are therefore affirmed, without costs.

CARR, C. J., and DETHMERS, KELLY, BLACK, KAVANAGH, SOURIS, OTIS M. SMITH, and O'HARA, JJ., concurred.